UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLUBUNMI AJAO,

    Plaintiff,

v.

CENTRAL LOAN ADMINISTRATION AND REPORTING,

    Defendant.
_____/

Case No. 1:18-cv-1245

HON. JANET T. NEFF

## ORDER

This is a civil action involving a *pro se* litigant. Plaintiff filed a motion for preliminary injunction. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 29, 2018, recommending that this Court deny the motion. The Report and Recommendation was duly served on Plaintiff. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for preliminary injunction (ECF No. 2) is DENIED.

Dated: December 19, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge